PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Julio Rodriguez      Cr.: 23-00094-001
     PACTS #: 10193

Name of Sentencing Judicial Officer:    THE HONORABLE RICHARD G. STEARNS
     UNITED STATES DISTRICT JUDGE, D/MA

Name of Reassigned Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
     UNITED STATES DISTRICT JUDGE
     (Transfer of Jurisdiction accepted as of 2/2/23)

Date of Original Sentence: 10/21/2014

Original Offense:    Count One: Conspiracy to Commit Robbery Affecting Interstate Commerce, 18 U.S.C. § 1951, a Class C Felony
Count Two: Possession of a Firearm in Furtherance of a Violent Crime, 18 U.S.C. § 924(c)(1)(A), a Class A Felony

Original Sentence: 9 months imprisonment on Count One and 60 months imprisonment on Count Two, terms to be served consecutively; 3 years supervised release on Count One and 5 years supervised release on Count Two, terms to run concurrently.

Special Conditions: Special Assessment, Alcohol Restrictions, Substance Abuse Testing/Treatment, Education/Training Requirements, Vocational Services

Type of Supervision: Supervised Release      Date Supervision Commenced: 02/25/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Julio Rodriguez violated the mandatory condition of **'The defendant shall not commit another federal, state, or local crime.'** |
| | On September 25, 2022, Julio Rodriguez obtained a disorderly persons citation (under R2965423-6) by the Pocono Mountain Regional Police Department for Disorderly Conduct Hazardous/Physical Offense. Mr. Rodriguez was in possession of a small amount of marijuana. This citation has been resolved with a monetary penalty. |
| 2 | Julio Rodriguez violated the mandatory condition of **'The defendant shall refrain from any unlawful use of a controlled substance.'** |
| | Julio Rodriguez tested positive for marijuana on March 16, 2023. Mr. Rodriguez signed an admission form admitting to the use of marijuana on March 2, 2023. |

Prob 12A – page 2
Julio Rodriguez

U.S. Probation Officer Action:

At the time of the citation, Mr. Rodriguez was being supervised on the Low Intensity Caseload and had minimal reporting with the probation office. Since obtaining the citation, Mr. Rodriguez has been moved back to a general caseload and has regular contact with an officer. Mr. Rodriguez reported the incident to his supervising officer on September 25, 2022, and advised he was involved in a motor vehicle stop but did not receive any tickets. However, on March 10, 2023, Mr. Rodriguez called this officer and advised that he was just made aware that a warrant was issued and that he was advised by his attorney to make a full payment towards the fine. Mr. Rodriguez has provided this office with a copy of the money order sent to the Commonwealth of Pennsylvania in the amount of $264.85 dated March 17, 2023, to satisfy a monetary penalty.

With regard to the illegal drug use, Mr. Rodriguez was verbally reprimanded and reminded that marijuana continues to be federally illegal. Mr. Rodriguez advised that he understood. This office will continue to monitor Mr. Rodriguez through random urine screens and advise the Court of further noncompliance.

At this time, we are respectfully recommending no further action against Mr. Rodriguez.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Jennifer Bonet/br*

By:   JENNIFER M. BONET
U.S. Probation Officer

/jmb

APPROVED:

*Carrie Borona/br*           7/11/2023
CARRIE H. BORONA             Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Julio Rodriguez

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

7-17-23
_____
Date